470 A.2d 1024

Commonwealth v. Berthesi, Appellant.

Petition for Allowance of Appeal
Denied June 20, 1984.

Argued October 20, 1983. Joseph T. Kelley, Jr. for appellant; Mark A. Kompa, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

Affirmed.